IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

    Petitioner,

vs.

LANCASTER COUNTY COURTS,

    Respondent.

8:22CV172

ORDER

This matter is before the court on Respondent's Motion to Substitute Respondent. (Filing 10.) Upon careful consideration,

IT IS ORDERED that Respondent's Motion to Substitute Respondent (filing 10) is granted. The clerk's office is directed to update the court's records to reflect that Scott R. Frakes is the sole proper respondent in this action.

Dated this 21st day of September, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge