IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

Petitioner,

vs.

SCOTT R. FRAKES,

Respondent.

8:22CV172

ORDER

This matter is before the court on Respondent's Motion to Substitute Respondent. (Filing 15.) Upon careful consideration,

IT IS ORDERED that:

1.      Respondent's Motion to Substitute Respondent (filing 15) is granted. The clerk's office is directed to update the court's records to reflect that Diane Sabatka-Rine is the sole proper respondent in this action.

2.      Petitioner is advised that the deadline for filing his brief in opposition to Respondent's summary judgment motion and brief is November 4, 2022.

3.      The Clerk of Court is directed to set a pro se case management deadline using the following text: **November 4, 2022**: check for Petitioner's brief.

Dated this 31st day of October, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge